IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE:<br><br>SCOTTIE GENE ROPER<br>SHEILA ANN ROPER,<br><br>      DEBTORS. | Case No.: BK-15-80229-<br>Chapter 13 |

## OBJECTION TO CHAPTER 13 PLAN OF DEBTORS

Comes now the secured creditor, Ocwen Loan Servicing, LLC, by their attorney, Jim Timberlake, and hereby objects to the Chapter 13 Plan of Debtors. In support of this Objection, Ocwen Loan Servicing, LLC would show the Court as follows:

1.    Ocwen Loan Servicing, LLC is the holder of a purchase money note and mortgage on the residence, ("mortgaged property") of Debtors. Said note and mortgage has an outstanding balance of $131,925.20 plus accruing interest along with reasonable attorney fees and for all costs of the action.

2.    The proposed Chapter 13 Plan of the Debtors reflects an arrearage amount of $11,000.00. Ocwen Loan Servicing, LLC disputes this amount and would propose that the estimated arrearage amount is $16,332.87.

WHEREFORE, PREMISES CONSIDERED, secured creditor, Ocwen Loan Servicing, LLC, moves the Court to reject the proposed Chapter 13 Plan of Debtors and/or to grant adequate protection or such other and further relief as may be entitled.

OCWEN LOAN SERVICING, LLC,

By: s/ Jim Timberlake
JIM TIMBERLAKE - #14945
MATTHEW J. HUDSPETH - #14613
Baer Timberlake, P.C.
4200 Perimeter Center, Suite 100
Oklahoma City, OK 73102
Telephone: (405) 842-7722
Fax: (918) 491-5424
Attorney for Movant

# CERTIFICATE OF SERVICE

      I hereby certify that I mailed a true and correct copy of the above and foregoing Objection with postage thereon fully prepaid to the parties listed below on May 14, 2015.

Scottie Gene Roper  
Sheila Ann Roper  
11813 Shady Dale Road  
Marietta, OK 73448

    The following persons should have received notice of the above and foregoing instrument on the same day it was filed by the Court's CM/ECF Electronic Noticing System.

W. Mark Bonney  
215 State St Ste 1000  
PO Box 1548  
Muskogee, OK 74402

Jimmy L. Veith  
120 "A" Street NW  
P.O. Box 607  
Ardmore, OK 73402

                              By:       s/ Jim Timberlake_____  
                                            JIM TIMBERLAKE - #14945  
                                            MATTHEW J. HUDSPETH - #14613  
                                            Baer Timberlake, P.C.  
                                            4200 Perimeter Center, Suite 100  
                                            Oklahoma City, OK 73102  
                                            Telephone: (405) 842-7722  
                                            Fax: (918) 491-5424  
                                            Attorney for Movant