IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE:

SCOTTIE GENE ROPER
SHEILA ANN ROPER,

DEBTORS.

Case No.: BK-15-80229-
Chapter 13

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rule 1007 (a) or Bankruptcy Rule 7007.1, and Local Rules 1007-1 (A), 7007.1-1 and 9014-1 and 9013-1,

OCWEN LOAN SERVICING, LLC, a

| | |
|---|---|
| [ ] | Corporate Debtor |
| [ ] | Party to an adversary proceeding |
| [X] | Party to a contested matter |
| [ ] | Member of committee of creditors |

makes the folowing disclosur(s):

**All** corporations, other than a governmental unit, that directly **or indirectly** own 10 percent (10%) or more of any class of the corporation's equity interest, are listed below:

|   |
|---|
|   |

**OR**

[ X ]   There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest

By:   s/ Jim Timberlake_____
JIM TIMBERLAKE - #14945
MATTHEW J. HUDSPETH - #14613
Baer Timberlake, P.C.
4200 Perimeter Center, Suite 100
Oklahoma City, OK 73102
Telephone: (405) 842-7722
Fax: (918) 491-5424
Attorney for Movant