**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| IN RE: | ) | |
| **SCOTTIE GENE ROPER** | ) | **CASE NO. 15-80229** |
| **SSN:xxx-xx-4006** | ) | **CHAPTER 13** |
| **SHEILA ANN ROPER** | ) | |
| **SSN:xxx-xx-8141** | ) | |
| **11813 SHADY DALE ROAD** | ) | |
| **MARIETTA, OK 73448** | ) | |
| **DEBTOR(S). )** | | |

## OBJECTION TO PROOF OF CLAIM

**COMES NOW** William Mark Bonney, Standing Chapter 13 Trustee and for his Objection to the Proof of Claim filed by **Ocwen Loan Servicing, LLC** (Claim #**7-1**), on **August 31, 2015**, in the secured amount of **$148,253.57**, states:

1.  The claims bar date in this case was August 5, 2015 as determined by F.R.B.P. 3002(c).

2.  The Court Clerk mailed a Notice of Bankruptcy to the matrix in this case.

3.  Upon information and belief the creditor named herein received notice of the bankruptcy and thus notice of the claims bar date in time to file a claim on or before the bar date.

4.  The claim was filed after the bar date and pursuant to 11 U.S.C. §502(b)(9) the Court may disallow the claim.

**WHEREFORE**, William Mark Bonney, Standing Chapter 13 Trustee, requests the Court to Order Claim #**7-1** filed by **Ocwen Loan Servicing, LLC** in the secured amount of **$148,253.57** be disallowed.

Respectfully submitted

/s/ William Mark Bonney
William Mark Bonney, Trustee OBA #12221
Office of the Standing Chapter 13 Trustee
215 State Street, Suite 1000
P.O. Box 1548
Muskogee, OK 74402-1548
Tele: (918)683-3840
Fax: (918)683-3302
trustee@edok13.com