IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE:

SCOTTIE GENE ROPER
SHEILA ANN ROPER,

DEBTORS.

Case No.: BK-15-80229-TRC
Chapter 13

## RESPONSE TO OBJECTION TO CLAIM BY TRUSTEE

Comes now the secured creditor, Ocwen Loan Servicing, LLC, by their attorney, Jim Timberlake, and responds to Objection to Claim Number 7 filed by the Trustee on September 3, 2015:

1. Ocwen Loan Servicing, LLC is the holder of a purchase money note and mortgage on the Debtor's residence (the "Property"). The note has an outstanding balance of $148,253.57 plus accruing interest along with reasonable attorney fees and for all costs of the action.

2. This response is to protect Creditor's rights regarding its proof of claim and Creditor reserves the right to supplement this response. Counsel for Ocwen Loan Servicing, LLC is currently researching the items raised in the Objection.

WHEREFORE, PREMISES CONSIDERED, Ocwen Loan Servicing, LLC prays this Court deny the Objection; and for such further relief as this Court deems appropriate.

OCWEN LOAN SERVICING, LLC,

By: s/ Jim Timberlake
JIM TIMBERLAKE - #14945
Baer Timberlake, P.C.
4200 Perimeter Center, Suite 100
Oklahoma City, OK 73102
Telephone: (405) 842-7722
Fax: (918) 491-5424
Attorney for Creditor

**CERTIFICATE OF SERVICE**

I hereby certify that I mailed a true and correct copy of the above and foregoing Response with postage thereon fully prepaid to the parties listed below on September 18, 2015.

Scottie Gene Roper
Sheila Ann Roper
11813 Shady Dale Road
Marietta, OK 73448

The following persons should have received notice of the above and foregoing instrument on the same day it was filed by the Court's CM/ECF Electronic Noticing System.

W. Mark Bonney
215 State St Ste 1000
PO Box 1548
Muskogee, OK 74402

Jimmy L. Veith
120 "A" Street NW
P.O. Box 607
Ardmore, OK 73402

By: s/ Jim Timberlake
JIM TIMBERLAKE - #14945
Baer Timberlake, P.C.
4200 Perimeter Center, Suite 100
Oklahoma City, OK 73102
Telephone: (405) 842-7722
Fax: (918) 491-5424
Attorney for Creditor