Dated: November 6, 2015

**The following is ORDERED:**



*Tom R. Cornish*
TOM R. CORNISH
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| SCOTTIE GENE ROPER | ) | CASE NO. 15-80229 |
| SSN:xxx-xx-4006 | ) | CHAPTER 13 |
| SHEILA ANN ROPER | ) | |
| SSN:xxx-xx-8141 | ) | |
| 11813 SHADY DALE ROAD | ) | |
| MARIETTA, OK 73448 | ) | |
| DEBTOR(S). | ) | |

### AGREED ORDER ON OBJECTION TO PROOF OF CLAIM #7-1

The Court finds that the parties have submitted this agreed order and agree to the following terms:

1. The Objection to the Claim of Ocwen Loan Servicing, LLC as servicer for Wells Fargo Bank, National Association as Trustee for Option One Mortgage Loan Trust 2006-3, Asset-Backed Certificates, Series 2006-3 filed on August 31, 2015 (Court claim #007-1) should be granted.

2. The Trustee's Amended claim filed on October 28, 2015 for the above creditor should be allowed.

3. The allowed pre-petition arrears shall be $11,000.00.

4. The Creditor is permitted to file normal Notices of Mortgage Payment Change.

5. The Creditor may not, however, attempt to collect the negative escrow associated with the disallowed pre-petition arrears through such a Notice of Mortgage Payment Change.

6. The Creditor must, no later than 30 days after the entry of the discharge, post a credit to the Debtors' loan account in the amount of $7,636.82 (the difference between the filed pre-petition arrears and the allowed pre-petition arrears).

**IT IS THEREFORE ORDERED** that the agreement of the parties is hereby **approved** and the Objection to Claim is **granted.**

MOVANT TO NOTIFY ALL INTERESTED PARTIES

/s/ Jim Timberlake
JIM TIMBERLAKE - #14945
Baer Timberlake, P.C.
4200 Perimeter Center, Suite 100
Oklahoma City, OK 73102
Telephone: (405) 842-7722
Fax: (918) 491-5424
Attorney for Creditor

/s/ William Mark Bonney
William Mark Bonney, Trustee OBA #12221
Office of the Standing Chapter 13 Trustee
215 State Street, Suite 1000
P.O. Box 1548
Muskogee, OK 74402-1548
Tele: (918)683-3840
Fax: (918)683-3302

###