# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

In re:   Roper, Scottie Gene            )
                                        )   Case No.: 15-80229
         Roper, Sheila Ann              )            Chapter 13
                          Debtor(s)     )

## WITHDRAWAL OF DOCUMENT

**COME NOW** the above named Debtors, by and through their attorney, Jimmy L. Veith, PC, and hereby withdraw the Amended Plan and Summary, Notice of Incorporation of Terms of Original Plan and Statement of Changes to Provisions of Secured Claims, Docket Entry No. 74, filed herein on the 24th day of February, 2016.

/s/ Jimmy L. Veith
Jimmy L. Veith, PC,  #9222
Attorney at Law
P.O. Box 607
120 A St NW
Ardmore, OK 73402
Phone: (580)226-2353
Fax: (580)226-2819

## CERTIFICATE OF MAILING

I hereby certify that on the 1st day of March, 2016, true and correct copies of the above document were e-mailed to the persons/entities listed on the Notice of Electronic Mailing hereof, and via USPS mail to the persons/entities listed on the official mailing matrix of this matter, a copy of which is attached hereto.

/s/ Jimmy L. Veith
Jimmy L. Veith, PC
P.O. Box 607
120 "A" St NW
Ardmore, OK 73402
Phone: (580)226-2353
Fax: (580)226-2819

ATTORNEY FOR DEBTOR(S)